UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
**(Filed Electronically)**

**CRIMINAL ACTION NO. 5:11CR-51-R**
**UNITED STATES OF AMERICA,**                      **PLAINTIFF,**

**vs.**

**CHARLES WHITE,**                      **DEFENDANT.**

**ORDER**

Defendant having moved the Court to modify the conditions of his bond; the United States having responded; and the Court being otherwise sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the bond conditions are hereby modified to remove home telephone monitoring and substitute to electronic monitoring.

**IT IS FURTHER ORDERED** that all other terms and conditions of the bond shall remain the same.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808